EXHIBIT A

## AFFIDAVIT OF RICHARD MARTIN

Before me, the undersigned authority, this day personally appeared RICHARD MARTIN, who after being by me duly sworn, on oath deposes and says:

1. I am over the age of 18 and am a resident of the State of Georgia. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. From mid-May 2010 until July 27, 2013, I was employed as a bartender at BJ Roosters, currently located at 2043 Cheshire Bridge Rd NE, Atlanta, Georgia 30324.

3. BJ Roosters is a bar and nightclub featuring male go-go dancers performing throughout the premises and is owned by Robert Hamill and John Molinari through a company called Jobo's.

4. While employed at BJ Roosters, I worked directly under Hamill and Molinari in a managerial capacity. My responsibilities included opening the club alone, for which I was given my own keys. Additionally, I was responsible for handling large amounts of money, conducting inventories, accepting shipments, and participating in health inspections by city and/or state government entities, occasionally closing the club alone, and collecting fines from dancers, among many other significant tasks.

1

5. During the three years I worked at BJ Roosters, the club employed at least several hundred individuals as go-go dancers who danced throughout the club wearing underwear and entertained customers in V.I.P. rooms.

6. All dancers' shifts were set by Hamill, Molinari, or club management and supervisors.

7. Depending on whether it was a night shift or day shift, or a weekday or weekend shift, approximately 2–20 dancers typically worked in the club per shift. At night there were typically 7–20 dancers. There were two shifts per day on Friday–Sunday.

8. Many dancers did not stay at the club long, and over the course of the three years I worked in the club, approximately 300 different dancers worked in the club per year.

9. During the three years I worked at BJ Roosters, none of the hundreds of dancers employed by the club were ever paid wages. By virtue of my position and responsibilities in the club, I would have had knowledge of such payments had they occurred.

10. All dancers were required by the club to pay $25 or $30 to the club per shift that they worked. These and other fees were collected by Hamill, Molinari, or club managers (typically DJ's). The fees were distributed to DJ's and the club.

11. All dancers could be subjected by the club to fines in varying amounts or other penalties for arriving late, leaving early, missing a shift, violating various club policies, or taking any time off.

12. All dancers were required to charge customers a set base rate of $20 for entertainment in the club's V.I.P. rooms.

13. All dancers could be required to change the underwear they performed in if Hamill or Molinari did not approve of their choices.

14. I am personally aware of numerous current and former dancers who would like to join in a lawsuit against BJ Roosters to recover unpaid wages and illegal fees should such a lawsuit be collectivized.

I declare under penalty of perjury that the foregoing is true and correct.

_Richard Lee Martin_                      _[signature]_
**Name (printed)**                        **Signature**

~~Executed this _____ day of _____ 20_____ in _____ County, _____.~~

Subscribed and sworn to before me this __17th__ day of __January__ 20__14__.

_[signature]_
**Notary Public**

ROBERT POTTAGE
Notary Public, DeKalb County, Georgia
My Commission Expires May 9, 2015

My commission expires _____