EXHIBIT B

## AFFIDAVIT

Before me, the undersigned authority, this day personally appeared __Jacob Micah Aberle__, who after being by me duly sworn, on oath deposes and says:

1. I **(am)** (am not) over the age of 18 and am a resident of the State of __Georgia__.

2. I **(do)** (do not) have personal knowledge of the facts herein, and, if called as a witness, (could) (could not) testify competently thereto.

3. I am a (current) **(former)** dancer at the bar and club BJ Roosters in Atlanta, Georgia.

4. I was or have been employed at BJ Roosters as a dancer during the following time periods:

   From __10/01/2010__ to __03/12/2011__
   From __03/25/2010__ to __05/01/2010__
   From _____ to _____

5. While employed as a dancer at BJ Roosters, I worked:

| Number of shifts per week | Hours per shift | Notes (e.g., weekday/weekend, day/night, Sunday, old location/new location, etc.) |
|---|---|---|
| 7 | 6 | Old location typically 2 daytime shifts and 5 night shifts |

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

plus additional shifts (e.g., extra shifts picked up) as follows: _____

_____

_____.

6. During at least one single-week period while employed at BJ Roosters, I (did) (did not) work more than 40 hours per week.

7. I worked more than 40 hours per week approximately __2__ weeks per month on average throughout the time I was employed as a dancer at BJ Roosters.
Additional notes: I regularly worked straight through double shifts with no 30 min or 1 hour breaks

8. Throughout the entire time I was employed at BJ Roosters, my schedule (was) (was not) set by Robert Hamill, John Molinari, or other BJ Roosters employees working directly under Robert Hamill and John Molinari.

9. In order to continue my employment at BJ Roosters, I **(was)** (was not) required to work the schedule set by Robert Hamill, John Molinari, or other BR Roosters employees working directly under Robert Hamill and John Molinari.

10. BJ Roosters and its owners **(did)** (did not) have the authority to control and approve the clothing I wore while working.

11. BJ Roosters **(did)** (did not) control whether or not I could entertain clients in the V.I.P. rooms.

12. BJ Rooster **(did)** (did not) control the base rates I had to charge clients to use the V.I.P. rooms.

13. While employed at BJ Roosters, I **was or could have been** required to pay the following fees:

| Description of Fee | Yes / No | Amount(s) | Notes (if applicable) |
|---|---|---|---|
| (a) A **base fee** for every shift worked. | yes | $30 | base fee was $30 or 10% of tips whichever is higher |
| (b) A **late fee** if I arrived after the time I was scheduled to begin my shift, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | yes | $35 | |

| | | | |
|---|---|---|---|
| (c) An **early-leave fee** if I left before the end of my scheduled shift, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | yes | $35 | |
| (d) A **missed-shift fee** for every scheduled shift not worked, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees, and which I was or would have been required to pay prior to working any subsequent shift. | yes | $50 | |
| (e) A **missed-rotation fee** for every scheduled rotation to dance on the bar if I were not on the bar at the appointed time, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | No | | |
| (f) A **violation of club policy fee** if I were observed by club management or owners relating to interactions with club patrons or VIP clients. | yes | $35-150 | |

14. While employed at BJ Roosters, I (did) ~~(did not)~~ receive wages of any kind.

I declare under penalty of perjury that the foregoing is true and correct.

__Jacob Micah Aberle__  __[signature]__
**Name (printed)**                           **Signature**

Executed this __11__ day of __January__ 20__14__ in __Atlanta, Georgia__.

Subscribed and sworn to before me this __4th__ day of __January__ 20__14__.

__[signature]__
**Notary Public**

My commission expires __04 04 2015__

[Notary seal: TIMOTHY MCKAY, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, Com. Exp. 04/04/2015]