EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES ALLEN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,

Plaintiff,

vs.

Robert Hamill and John Molinari d/b/a BJ Roosters,

Defendants.

Civil Action No. 1:13-CV-3768-RWS

## AFFIDAVIT

Before me, the undersigned authority, this day personally appeared __12-2-13__

_____, who after being by me duly sworn, on oath deposes and says:

1. My name is __ALBERT EARL BARNES III__.

2. I (am) (am not) over the age of 18 and am a resident of the State of __GA__.

   I (do) (do not) have personal knowledge of the facts herein, and, if called as a witness, (could) (could not) testify competently thereto.

3. I am a (current) (former) employee of Robert ("Bobby") Hamill and John Molinari.

4. I was or have been employed at BJ Roosters as a dancer during the following time periods:

   From __Sept 2011__ to __Dec 2011__
   From __Nov 2012__ to __June 2013__

From _____ to _____

5. While employed as a dancer at BJ Roosters, I worked approximately **48** hours per week on average. This consisted of ~~__~~ day shifts of ~~__~~ hours each, and **6** night shifts of **8** hours each per week, plus additional shifts as follows: _____
_____.

6. During at least one single-week period while employed as a dancer or entertainer at Oasis, I (did) (did not) work more than 40 hours per week. **DID**

7. I worked more than 40 hours per week approximately **4** weeks per month on average throughout the time I was employed as a dancer at BJ Roosters.

8. While I was employed at BJ Roosters, managerial and supervisory roles (were) (were not) filled by the club's bartender(s) and DJ(s), who worked directly under the owners, Robert Hamill and John Molinari. **were**

9. Throughout the entire time I was employed at BJ Roosters, my schedule (was) (was not) set by Robert Hamill, John Molinari, or BJ Roosters management. **was**

10. I (was) (was not) required to work the schedule set by Robert Hamill, John Molinari, or BJ Roosters management in order to continue my employment there. **was**

11. BJ Roosters (did) (did not) have the authority to control and approve the clothing I wore while working. **DID**

12. Oasis ownership and management controlled:

    (a) whether or not I could entertain guests in the V.I.P. rooms

    (b) which V.I.P. rooms I could use

    (c) the base rate I charged V.I.P. clients

Yes / No

(a) Yes
(b) Yes
(c) $20-40

13. At BJ Roosters, I **was or could have been required** to pay the following fees:*

| Description of Fee | Yes / No | Amount(s) | Notes (if applicable) |
|---|---|---|---|
| (a) A <u>late fee</u> if I arrived after the time I was scheduled to begin my shift, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | Yes | $25 - $50 | |
| (b) An <u>early-leave fee</u> if I left before the end of my scheduled shift, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | Yes | $25 | |
| (c) A <u>missed-shift fee</u> for every scheduled shift not worked, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees, and which I was or would have been required to pay prior to working any subsequent shift. | Yes | $50 - 75 | |

| | | | |
|---|---|---|---|
| (d) A **missed-rotation fee** for every scheduled rotation to dance on the bar if I were not on the bar at the appointed time, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | Yes | $25 - 50 | |
| (e) A **violation of club policy fee** if I were observed by club management or owners relating to interactions with club patrons or VIP clients. | Yes | 100 - $300 | |

14. While employed at Oasis, I (did) (did not) receive wages of any kind.

I declare under penalty of perjury that the foregoing is true and correct.

ALBERT EARL BARNES 3        /s/ Albert E. Barnes III
**Name (printed)**                **Signature**

Executed this 2nd day of DEC 2013
2013 in Atlanta, GA.

Subscribed and sworn to before me this 2nd day of December 2013.

/s/ P. White
**Notary Public**

My commission expires 1/30/2016

[Notary Seal: P White, Notary Public, Gwinnett County, Georgia, My Commission Expires 30th day of January, 2016]

4