EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES ALLEN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,

Plaintiff,

vs.

Robert Hamill and John Molinari d/b/a BJ Roosters,

Defendants.

Civil Action No. 1:13-CV-3768-RWS

**AFFIDAVIT**

Before me, the undersigned authority, this day personally appeared _Thomas L. Ray_, who after being by me duly sworn, on oath deposes and says:

1. My name is _Thomas Ray_.

2. I (am) (am not) over the age of 18 and am a resident of the State of _Georgia_. I (do) (do not) have personal knowledge of the facts herein, and, if called as a witness, (could) (could not) testify competently thereto.

3. I am a (current) (former) employee of Robert ("Bobby") Hamill and John Molinari.

4. I was or have been employed at BJ Roosters as a dancer during the following time periods:
   From _June 11, 2012_ to _late-December 2012_
   From _____ to _____

From _____ to _____

5. While employed as a dancer at BJ Roosters, I worked approximately __30__ hours per week on average. This consisted of __0__ day shifts of _____ hours each, and __4-6__ night shifts of __6__ hours each per week, plus additional shifts as follows: _____.

6. During at least one single-week period while employed as a dancer or entertainer at Oasis, I (did) (did not) work more than 40 hours per week.

7. I worked more than 40 hours per week approximately __1__ weeks per month on average throughout the time I was employed as a dancer at BJ Roosters.

8. While I was employed at BJ Roosters, managerial and supervisory roles (were) (were not) filled by the club's bartender(s) and DJ(s), who worked directly under the owners, Robert Hamill and John Molinari.

9. Throughout the entire time I was employed at BJ Roosters, my schedule (was) (was not) set by Robert Hamill, John Molinari, or BJ Roosters management.

10. I (was) (was not) required to work the schedule set by Robert Hamill, John Molinari, or BJ Roosters management in order to continue my employment there.

11. BJ Roosters (did) (did not) have the authority to control and approve the clothing I wore while working.

2

12. Oasis ownership and management controlled: **Yes / No**

    (a) whether or not I could entertain guests in the V.I.P. rooms    Yes

    (b) which V.I.P. rooms I could use    Yes

    (c) the base rate I charged V.I.P. clients    Yes

13. At BJ Roosters, I **was or could have been required** to pay the following fees:*

| Description of Fee | Yes / No | Amount(s) | Notes (if applicable) |
|---|---|---|---|
| (a) A <u>base fee</u> for every shift worked. | Yes | $25 | |
| (b) A <u>late fee</u> if I arrived after the time I was scheduled to begin my shift, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | Yes | $25 | |
| (c) An <u>early-leave fee</u> if I left before the end of my scheduled shift, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | Yes | $25 | |
| (d) A <u>missed-shift fee</u> for every scheduled shift not worked, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees, and which I was | Yes | $50 | |

3

| | | | |
|---|---|---|---|
| or would have been required to pay prior to working any subsequent shift. | | | |
| (e) A **missed-rotation fee** for every scheduled rotation to dance on the bar if I were not on the bar at the appointed time, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | No | | There were no set rotations when I worked, but a $25 fee applied if you did not get on the bar when instructed. |
| (f) A **violation of club policy fee** if I were observed by club management or owners relating to interactions with club patrons or VIP clients. | Yes | $50 | |

14.  While employed at Oasis, I (did) (did not) receive wages of any kind. [did not circled]

I declare under penalty of perjury that the foregoing is true and correct.

__Thomas Lee Ray__   __Thomas L. Ray__
**Name (printed)**        **Signature**

Executed this __19__ day of __December__ 2013 in __Atlanta__, __Georgia__.

Subscribed and sworn to before me this __19th__ day of __December__ 2013.

_____
**Notary Public**

4

My commission expires _____

**ROBERT POTTAGE**
**Notary Public, DeKalb County, Georgia**
**My Commission Expires May 9, 2015**