EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES ALLEN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>Plaintiff,<br><br>vs.<br><br>Robert Hamill and John Molinari d/b/a BJ Roosters,<br><br>Defendants. | Civil Action No. 1:13-CV-3768-RWS |

**AFFIDAVIT**

Before me, the undersigned authority, this day personally appeared __Cody C. Shuler__, who after being by me duly sworn, on oath deposes and says:

1. My name is __Cody C. Shuler__.

2. I (am) (am not) over the age of 18 and am a resident of the State of __Georgia__. I (do) (do not) have personal knowledge of the facts herein, and, if called as a witness, (could) (could not) testify competently thereto.

3. I am a (current) (former) employee of Robert ("Bobby") Hamill and John Molinari.

4. I was or have been employed at BJ Roosters as a dancer during the following time periods:
   From __Mid-August 2011__ to __late-March 2012__
   From _____ to _____

From _____ to _____

5. While employed as a dancer at BJ Roosters, I worked approximately _____ hours per week on average. This consisted of
   ~~3~~ 0 day shifts of _____ hours each, and
   ~~4~~ 5 night shifts of 6 hours each per week,
   plus additional shifts as follows: Sundays for 4 hours
   _____.

6. During at least one single-week period while employed as a dancer or entertainer at Oasis, I (did) (~~did not~~) work more than 40 hours per week.

7. I worked more than 40 hours per week approximately 0 weeks per month on average throughout the time I was employed as a dancer at BJ Roosters.

8. While I was employed at BJ Roosters, managerial and supervisory roles (were) (were not) filled by the club's bartender(s) and DJ(s), who worked directly under the owners, Robert Hamill and John Molinari.

9. Throughout the entire time I was employed at BJ Roosters, my schedule (was) (was not) set by Robert Hamill, John Molinari, or BJ Roosters management.

10. I (was) (was not) required to work the schedule set by Robert Hamill, John Molinari, or BJ Roosters management in order to continue my employment there.

11. BJ Roosters (did) (did not) have the authority to control and approve the clothing I wore while working.

12. Oasis ownership and management controlled: **Yes / No**

    (a) whether or not I could entertain guests in the V.I.P. rooms    Yes

    (b) which V.I.P. rooms I could use    No

    (c) the base rate I charged V.I.P. clients    Yes

13. At BJ Roosters, **I was or could have been required** to pay the following fees:*

| Description of Fee | Yes / No | Amount(s) | Notes (if applicable) |
| --- | --- | --- | --- |
| (a) A **base fee** for every shift worked. | Yes | $25 | |
| (b) A **late fee** if I arrived after the time I was scheduled to begin my shift, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | Yes | $25 | |
| (c) An **early-leave fee** if I left before the end of my scheduled shift, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | Yes | $25 | |
| (d) A **missed-shift fee** for every scheduled shift not worked, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees, and which I was | Yes | $50 | |

3

| | | | |
|---|---|---|---|
| or would have been required to pay prior to working any subsequent shift. | | | |
| (e) A **missed-rotation fee** for every scheduled rotation to dance on the bar if I were not on the bar at the appointed time, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | Yes | $25 | No set rotations at that time, but had to be on the bar when called |
| (f) A **violation of club policy fee** if I were observed by club management or owners relating to interactions with club patrons or VIP clients. | Yes | $50 | |

14. While employed at Oasis, I (did) (~~did not~~) receive wages of any kind.

I declare under penalty of perjury that the foregoing is true and correct.

__Cody Shuler__  __Cody Shu__
**Name (printed)**  **Signature**

Executed this __19__ day of __December__ 2013 in __Atlanta__, __Georgia__.

Subscribed and sworn to before me this __19th__ day of __December__ 2013.

__[signature]__
**Notary Public**

ROBERT POTTAGE
Notary Public, DeKalb County, Georgia
My Commission Expires May 9, 2015

4

My commission expires _____