EXHIBIT G

## AFFIDAVIT

Before me, the undersigned authority, this day personally appeared **Christopher Zak**, who after being by me duly sworn, on oath deposes and says:

1. I **(am)** (am not) over the age of 18 and am a resident of the State of **Georgia**.

2. I **(do)** (do not) have personal knowledge of the facts herein, and, if called as a witness, **(could)** (could not) testify competently thereto.

3. I am a (current) **(former)** dancer at the bar and club BJ Roosters in Atlanta, Georgia.

4. I was or have been employed at BJ Roosters as a dancer during the following time periods:

   From **1/10/11** to **7/6/11**
   From _____ to _____
   From _____ to _____

5. While employed as a dancer at BJ Roosters, I worked:

| Number of shifts per week | Hours per shift | Notes (e.g., weekday/weekend, day/night, Sunday, old location/new location, etc.) |
|---|---|---|
| 2 | 6 hours | 8pm-2am |

| | | |
|---|---|---|
| 1 | 9 hours | Double shift 5pm- 2am |
| | | |
| | | |

plus additional shifts (e.g., extra shifts picked up) as follows: _____

_____

_____

6. During at least one single-week period while employed at BJ Roosters, I (did) **(did not)** work more than 40 hours per week.

7. I worked more than 40 hours per week approximately __0__ weeks per month on average throughout the time I was employed as a dancer at BJ Roosters.
Additional notes: _____

8. Throughout the entire time I was employed at BJ Roosters, my schedule **(was)** (was not) set by Robert Hamill, John Molinari, or other BJ Roosters employees working directly under Robert Hamill and John Molinari.

9. In order to continue my employment at BJ Roosters, I **(was)** (was not) required to work the schedule set by Robert Hamill, John Molinari, or other BR Roosters employees working directly under Robert Hamill and John Molinari.

10. BJ Roosters and its owners **(did)** (did not) have the authority to control and approve the clothing I wore while working.

11. BJ Roosters **(did)** (did not) control whether or not I could entertain clients in the V.I.P. rooms.

12. BJ Rooster **(did)** (did not) control the base rates I had to charge clients to use the V.I.P. rooms.

13. While employed at BJ Roosters, I **was or could have been** required to pay the following fees:

| Description of Fee | Yes / No | Amount(s) | Notes (if applicable) |
|---|---|---|---|
| (a) A **base fee** for every shift worked. | yes | $125.00 | |
| (b) A **late fee** if I arrived after the time I was scheduled to begin my shift, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | yes | | Do not Recall Amount |

3

| | | | |
|---|---|---|---|
| (c) An **early-leave fee** if I left before the end of my scheduled shift, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | | | Unsure |
| (d) A **missed-shift fee** for every scheduled shift not worked, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees, and which I was or would have been required to pay prior to working any subsequent shift. | | | Unsure |
| (e) A **missed-rotation fee** for every scheduled rotation to dance on the bar if I were not on the bar at the appointed time, which fee was collected by and divided among the club's bartender(s), DJ(s), or other managerial-level employees. | | | I dont Remember People could be sent home for not doing Rotation |
| (f) A **violation of club policy fee** if I were observed by club management or owners relating to interactions with club patrons or VIP clients. | | | Unsure people got sent home for breaking the Rules |

14. While employed at BJ Roosters, I (did)(**did not**) receive wages of any kind.

I declare under penalty of perjury that the foregoing is true and correct.

Name (printed): _Christopher Zak_

Signature: _[signature]_

Executed this _16_ day of _Janurary_ 20_14_ in _Atlanta_, _GA_.

Subscribed and sworn to before me this _16th_ day of _January_ 20_14_.

Notary Public: _[signature]_

My commission expires _10/22/17_

[Notary Seal: LATOYA JONES, NOTARY PUBLIC, GEORGIA, COBB COUNTY, EXPIRES October 22, 2017]