IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES ALLEN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ROBERT HAMILL, JOHN MOLINARI, and JOBO'S INC., d/b/a BJ Roosters,<br><br>    *Defendants*. | CIVIL ACTION FILE<br><br>NO.: 1:13-CV-3768-RWS |

**DEFENDANTS' MOTION
FOR LEAVE TO EXCEED PAGE LIMITATION**

COME NOW Robert Hamill, John Molinari, and JOBO's Inc., Defendants in the above-styled action, and move this Court for permission to exceed the Court's 25-page limit so as to adequately address the issues raised by Plaintiffs in this collective action. Defendants' Memorandum of Law in support of Motion for Summary Judgment is 29 pages long. Defendants therefore pray that their Motion be granted, and that they be permitted to file a brief in excess of the normal page limitation.

Respectfully submitted this 14th day of November, 2014.

|  |  |
|---|---|
|  | /s/ *J. Larry Stine* |
|  | J. Larry Stine |
| WIMBERLY, LAWSON, STECKEL, | Ga. Bar No.: 682555 |
|  SCHNEIDER & STINE, P.C. | Elizabeth K. Dorminey |
| Suite 400, Lenox Towers | Ga. Bar No.: 225935 |
| 3400 Peachtree Road, N.E. |  |
| Atlanta, Georgia 30326 | *Attorneys for Defendants* |
| Phone: (404) 365-0900 |  |
| Fax: (404) 261-3707 |  |
| Email: jls@wimlaw.com |  |
|       edorminy@bellsouth.net |  |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I certify that the foregoing pleading is typewritten using Times New Roman font, fourteen-point type.

DATED this 14th day of November, 2014.

*/s/ J. Larry Stine*
J. Larry Stine
Bar No. 682555
*Counsel for Defendants*

WIMBERLY, LAWSON, STECKEL,
SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404)365-0900
Fax: (404) 261-3707
jls@wimlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES ALLEN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT HAMILL, JOHN MOLINARI, and JOBO'S INC., d/b/a BJ Roosters,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO.: 1:13-CV-3768-RWS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing **Defendants' Motion for Leave to Exceed Page Limitation** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James Robert Fletcher, II
Fletcher Law Group

W. Anthony Collins, Jr.
Matthew W. Herrington
Smith Collins, LLC

This 14th day of November, 2014.

|  |  |
|---|---|
|  | /s/ *J. Larry Stine* |
|  | J. Larry Stine |
| WIMBERLY, LAWSON, STECKEL, | Ga. Bar No.: 682555 |
|  SCHNEIDER & STINE, P.C. | Elizabeth K. Dorminey |
| Suite 400, Lenox Towers | Ga. Bar No.: 225935 |
| 3400 Peachtree Road, N.E. |  |
| Atlanta, Georgia  30326 | *Attorneys for Defendants* |
| Phone:      (404) 365-0900 |  |
| Fax:         (404) 261-3707 |  |
| Email:       jls@wimlaw.com |  |
|               edorminy@bellsouth.net |  |