IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES ALLEN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT HAMILL, JOHN MOLINARI, and JOBO'S INC., d/b/a BJ Roosters,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO.: 1:13-CV-3768-LMM |

## DEFENDANTS' REQUEST FOR PLAINTIFF TO FILE ORIGINAL DISCOVERY

PLEASE TAKE NOTICE that Robert Hamill, John Molinari, and JOBO's LLC, Defendants in the above-styled action, by and through undersigned counsel, hereby requests that Plaintiffs file with the Court the following original deposition transcripts:

Robert Hamill Deposition, taken on May 2, 2014; and

30(b)(6) Deposition of John Molinari, taken on June 23, 2014

Respectfully submitted this 25th of November, 2014.

|  |  |
|---|---|
| | /s/ *J. Larry Stine* |
| | J. Larry Stine |
| WIMBERLY, LAWSON, STECKEL, | Ga. Bar No.: 682555 |
|  SCHNEIDER & STINE, P.C. | Elizabeth K. Dorminey |
| Suite 400, Lenox Towers | Ga. Bar No.: 225935 |
| 3400 Peachtree Road, N.E. | |
| Atlanta, Georgia  30326 | *Attorneys for Defendants* |
| Phone:       (404) 365-0900 | |
| Fax:           (404) 261-3707 | |
| Email:        jls@wimlaw.com | |
|                   edorminy@bellsouth.net | |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(C) and 7.1(D), I certify that the foregoing pleading is typewritten using Times New Roman font, fourteen-point type.

DATED this 25th day of November, 2014.

                                        */s/ J. Larry Stine*
                                        J. Larry Stine
                                        Bar No. 682555
                                        *Counsel for Defendants*

WIMBERLY, LAWSON, STECKEL,
SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404)365-0900
Fax: (404) 261-3707
jls@wimlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES ALLEN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT HAMILL, JOHN MOLINARI, and JOBO'S INC., d/b/a BJ Roosters,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO.: 1:13-CV-3768-LMM |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing **Defendants' Request for Plaintiff to File Original Discovery** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James Robert Fletcher, II
Fletcher Law Group

W. Anthony Collins, Jr.
Matthew W. Herrington
Smith Collins, LLC

This 25th day of November, 2014.

|  |  |
|---|---|
| WIMBERLY, LAWSON, STECKEL,<br>  SCHNEIDER & STINE, P.C.<br>Suite 400, Lenox Towers<br>3400 Peachtree Road, N.E.<br>Atlanta, Georgia  30326<br>Phone:    (404) 365-0900<br>Fax:    (404) 261-3707<br>Email:    jls@wimlaw.com<br>    edorminy@bellsouth.net | /s/ *J. Larry Stine*<br>J. Larry Stine<br>Ga. Bar No.: 682555<br>Elizabeth K. Dorminey<br>Ga. Bar No.: 225935<br><br>*Attorneys for Defendants* |