# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHARLES ALLEN individually and on behalf of all others similarly situated who consent to their inclusion in a collective action, | :<br>:<br>:<br>:<br>: |
| Plaintiffs, | : CIVIL ACTION NO.<br>: 1:13-CV-3768<br>: |
| v. | :<br>: |
| ROBERT HAMILL, *et al.*, | :<br>: |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of Defendant's Motion for Leave to File Excess Pages [87]. Having considered the Motion and for good cause shown, **IT IS HEREBY ORDERED** that Defendants are granted leave to exceed the page limitation specified in Local Rule 7.1(D).

**SO ORDERED**, this  18th  day of December, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE