IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES ALLEN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action, <br><br> *Plaintiff,* <br><br> v. <br><br> ROBERT HAMILL, JOHN MOLINARI, and JOBO'S INC., d/b/a BJ Roosters, <br><br> *Defendants.* | CIVIL ACTION FILE <br><br> NO.: 1:13-CV-3768-RWS |

## DEFENDANTS' MOTION TO STRIKE

In their opposition to Defendants' Motion for Summary Judgment, Plaintiffs submit a number of affidavits and documents that contain statements that lack the necessary evidentiary foundation, are hearsay subject to no exception, or are presented as "business records" notwithstanding the fact that they were provided to Plaintiffs subject to the express caveat that they were not what Plaintiffs now represent them to be. The District Court may properly grant a motion to strike where the statements in the affidavit were "phrased in conclusory terms without citing facts" *Rogers v. Evans*, 792 F.2d 1052, 1062 n. 9 (11th Cir.1986).

Defendants seek to strike portions of the affidavits filed by Mr. Sheffield (Doc. 94-2) and Mr. Paul (Doc. 94-4) for failure to lay a foundation, hearsay statements and conclusory allegations.  Defendants seek to strike Rules & Policies (Doc. 94-5) for failure to establish with competent evidence that Defendants' Rules & Policies implemented in 2014 when dancers were converted to employees were Defendants' rules prior to that date.  Plaintiffs' Exhibits 6 - 8 (Dancer's Schedule (Doc. 94-6), Dancer Nightly Line-Up (Doc. 94-7), and Dancer's Weekly Schedule (Doc. 94-8)) should be stricken because there is no competent evidence establishing these records as Defendants' records or that they are admissible.  Further, the Plaintiffs rely on inadmissible hearsay statements in these records as to the truth of the matter.

For the reasons set forth in Defendants' Memorandum in Support of Their Motion to Strike and for good cause shown, portions of Mr. Sheffield's Affidavit and Mr. Paul's Affidavit should be stricken for failure to provide a foundation for the statements made, the conclusory statements and hearsay statements; and Exhibits 5 through 8 should be stricken.

Respectfully submitted this 5th day of January, 2015.

|  |  |
|---|---|
|  | /s/ *J. Larry Stine* |
|  | J. Larry Stine |
| W<small>IMBERLY</small>, L<small>AWSON</small>, S<small>TECKEL</small>, | Ga. Bar No.: 682555 |
|   S<small>CHNEIDER</small> & S<small>TINE</small>, P.C. | Elizabeth K. Dorminey |
| Suite 400, Lenox Towers | Ga. Bar No.: 225935 |
| 3400 Peachtree Road, N.E. |  |
| Atlanta, Georgia 30326 | *Attorneys for Defendants* |
| Phone: (404) 365-0900 |  |
| Fax: (404) 261-3707 |  |
| Email: jls@wimlaw.com |  |
|        edorminy@bellsouth.net |  |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I certify that the foregoing pleading is typewritten using Times New Roman font, fourteen-point type.

DATED this 5th day of January 2015.

/s/ *J. Larry Stine*
J. Larry Stine
Bar No. 682555
*Counsel for Defendants*

WIMBERLY, LAWSON, STECKEL,
SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404)365-0900
Fax: (404) 261-3707
Email:  jls@wimlaw.com
            edorminy@bellsouth.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES ALLEN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT HAMILL, JOHN MOLINARI, and JOBO'S INC., d/b/a BJ Roosters,<br><br>*Defendants*. | CIVIL ACTION FILE<br><br>NO.: 1:13-CV-3768-RWS |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing **Defendants' Motion to Strike** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James Robert Fletcher, II
Fletcher Law Group

W. Anthony Collins, Jr.
Matthew W. Herrington
Smith Collins, LLC

This 5th day of January, 2015.

|  |  |
|---|---|
|  | /s/ *J. Larry Stine* |
|  | J. Larry Stine |
| W<span>IMBERLY</span>, L<span>AWSON</span>, S<span>TECKEL</span>, | Ga. Bar No.: 682555 |
| S<span>CHNEIDER</span> & S<span>TINE</span>, P.C. | Elizabeth K. Dorminey |
| Suite 400, Lenox Towers | Ga. Bar No.: 225935 |
| 3400 Peachtree Road, N.E. |  |
| Atlanta, Georgia  30326 | *Attorneys for Defendants* |
| Phone: (404) 365-0900 |  |
| Fax: (404) 261-3707 |  |
| Email: jls@wimlaw.com |  |
| edorminy@bellsouth.net |  |